# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TCF INVENTORY FINANCE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-CV-05227 |
| | ) |
| HALL MOTOR SPORTS, INC. and | ) |
| ROLAND T. HALL | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF ORDER AND CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") moves this Court for entry of a consent judgment in this case. In support thereof, TCFIF states as follows:

1. TCFIF, Hall Motor Sports, Inc., and Roland T. Hall (collectively, the "Parties") have reached a settlement agreement in this case.

2. Pursuant to the terms of the settlement agreement, TCFIF requests entry of the Order and Consent Judgment agreed to by the Parties and attached hereto as Exhibit A.

WHEREFORE, Plaintiff, TCF Inventory Finance, Inc., respectfully requests that the Court enter an Order and Consent Judgment in this case in the form attached hereto as Exhibit A and grant such other and further relief as this Court deems proper.

**TCF Inventory Finance, Inc.**

By: */s/ William R. Bay*
One of its Attorneys

William R. Bay (6181670)
wbay@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000

FAX: (314) 552-7000

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax: (312) 580-2201

*Attorneys for TCF Inventory Finance, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the foregoing was filed with the Court using the CM/ECF system on the 1st day of October, 2019, and a copy of the same was served via U.S. mail upon:

| | |
|---|---|
| Hall Motor Sports, Inc.<br>3051 Walnut Street<br>Portsmouth, OH 45662 | Roland T. Hall<br>1656 Cook Road<br>Lucasville, Ohio 45648 |

/s/ William R. Bay