# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| **TCF INVENTORY FINANCE, INC.** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | No. 1:19-CV-05227 | |
| | ) | | |
| **v.** | ) | Hon. Charles R. Norgle, Sr. | |
| | ) | Presiding Judge | |
| **HALL MOTOR SPORTS, INC. and** | ) | | |
| **ROLAND T. HALL** | ) | Hon. Sheila Finnegan | |
| | ) | Magistrate Judge | |
| **Defendants.** | ) | | |

This matter having come before the Court pursuant to the *Motion for Entry of Consent Judgment* (the "Motion") filed by Plaintiff TCF Inventory Finance, Inc. and the Court being fully advised in the premises, grants the following relief:

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff TCF Inventory Finance, Inc. and against Defendants Hall Motor Sports, Inc. and Roland T. Hall, jointly and severally, in the amount of Eighty-Seven Thousand Three Dollars and Thirty-One Cents ($87,003.31).

Costs taxed to Defendants. All other matters before the Court in this action are hereby resolved and this is a final judgment.


DATED: _____, 2019

_____

The Consent Judgment is hereby agreed to and submitted by:

HALL MOTOR SPORTS, INC.

By: _____

Print/Title: _____

_____
ROLAND T. HALL, individually


TCF INVENTORY FINANCE, INC.


By: _____
    One of its Attorneys

Holly H. Campbell
THOMPSON COBURN LLP
55 East Monroe – 37th Floor
Chicago, IL 60603
(312) 346-7500
Fax: (312) 580-2201

William R. Bay (ARDC No. 6181670)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
Fax: (314) 552-7000

*Attorneys for Plaintiff*

7394698.4                                    2